```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
PARRIS COLON,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :         20 Civ. 10130 (JPC)
               -v-                                                     :
                                                                       :                ORDER
DEPARTMENT OF CORRECTIONS, et al.,                                     :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 18, 2022, Magistrate Judge Aaron issued a Report and Recommendation for this case. *See* Dkt. 36. That same day, the Clerk of the Court mailed a copy of the Report and Recommendation to the *pro se* Plaintiff, addressed as follows:

> Parris Colon
> Phoenix House
> 34-25 Vernon Blve.
> Long Island City, NY 11106

On April 5, 2022, the mailed copy of the Report and Recommendation was returned to the Court as undeliverable. By April 26, 2022, Defendants shall file a letter explaining whether they know of any other address for the *pro se* Plaintiff.

SO ORDERED.

Dated: April 19, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge